UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:

Secundina P. Valerio,

      Debtor.
-------------------------------------------------------X

Return Date & Time:
February 1, 2018 @ 11:00am

Chapter 13
Case No. 18-10061-cgm

**NOTICE OF MOTION FOR ORDER**
**SHORTENING REQUIRED NOTICE**

SIRS:

  **PLEASE TAKE NOTICE**, upon the annexed Motion, the Debtor will move before Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge, at the Courthouse located at One Bowling Green, New York, New York 10004-1408 on February 1, 2018 at 11:00 o'clock in the forenoon or as soon thereafter as counsel can be heard, for an Order pursuant to FRBP 9006(c)(1) and Local Bankruptcy Rule 9006-1(b) shortening required notice, and for such other and further relief as the Court deems just and proper.

  **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be served and filed at least one (1) days prior to the return date thereof.

Dated: Poughkeepsie, New York
    January 17, 2018

              Yours, etc.

              /S/ Julius A. Rivera, Jr., Esq.

              Julius A. Rivera, Jr., Esq.
              Attorney for Debtor
              309 Mill Street
              Poughkeepsie, NY 12601
              (845) 452-1422

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
IN RE:

Secundina P. Valerio,

Case No. 18-10061-cgm
Chapter 13

**MOTION**

Debtors.
------------------------------------------------X

TO: **Honorable Cecelia G. Morris  Chief U.S. Bankruptcy Judge**

1. This case was filed on January 8, 2018. The Debtor has filed and served a motion on January 16, 2018 for February 1, 2018 at 11:00 a.m. for an Order to extend the automatic stay.

2. The notice required for that Motion is 14 days plus 3 for mailing. The notice given to creditors and parties in interest is 13 days plus 3 for mailing.

3. The reason for the requested shortened notice is that the Motion for an Order to extend the automatic stay must be heard and decided by the court on or before February 7, 2018. The next available calendar date on or before February 7, 2018 is February 1, 2018.

4. There has been no previous request for this relief in this case.

**WHEREFORE**, it is respectfully requested that the Motion to Shorten required notice be granted and that such other and further relief be entered as the Court deems just and proper.

Dated: Poughkeepsie, New York
       January 17, 2018

/S/ Julius A. Rivera, Jr., Esq.

_____
Julius A. Rivera, Jr., Esq.
Attorney for Debtor
309 Mill Street
Poughkeepsie, NY 12601
(845) 452-1422

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE:

Secundina P. Valerio,

Case No. 18-10061-cgm
Chapter 13

                Debtor.
-------------------------------------------------------------X

## **ORDER SHORTENING REQUIRED NOTICE**

Upon the Motion of the Debtor before the undersigned on February 1, 2018, and no one appearing in opposition to the relief requested by the Debtors and Counsel for the Debtor having appeared in support of the relief requested, it is

**ORDERED** that, sufficient cause existing, the notice required to be given to creditors and parties in interest of the Motion for an Order pursuant to 11 U.S.C. Sec.362 (c) (3) (A) (B) and (C), ECF docket # 7 is shortened from 14 days plus 3 for mailing to 13 days plus 3 for mailing, which has been given.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:

Secundina P. Valerio,

Case No. 18-10061-cgm
Chapter 13

Debtor.
-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Motion, Motion for shortened notice and proposed order was furnished to the following parties on the 17th day of January, 2018 by United States first-class mail and/or certified mail and/or by electronic notification:

Jeffrey L. Sapir, Esq.
Chapter 13 Trustee
399 Knollwood Road, Suite 102
White Plains, New York 10603

Office Of The US Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Secundina P. Valerio
2558 Morgan Avenue
Bronx, NY 10469


All Creditors on the attached list


Dated: Poughkeepsie, New York
January 17, 2018

/s/Julius A. Rivera, Jr., Esq.
Julius A. Rivera, Jr., Esq.
Attorney for Debtor
309 Mill Street
Poughkeepsie, New York 12601
(845) 452-1422

```
Label Matrix for local noticing          Manhattan Division
0208-1                                   One Bowling Green                  NATIONSTAR MORTGAGE LLC
Case 18-10061-cgm                        New York, NY 10004-1415            ATTN: BANKRUPTCY
Southern District of New York                                               8950 CYPRESS WATERS BLVD
Manhattan                                                                   COPPELL, TX 75019-4620
Mon Jan 15 11:29:49 EST 2018

SYNCHRONY BANK/PC RICHARDS & SONS        United States Trustee
ATTN: BANKRUPTCY                         Office of the United States Trustee   VERIZON
PO BOX 965060                            U.S. Federal Office Building          VERIZON WIRELESS BANKRUPTCY ADMINISTRATI
ORLANDO, FL 32896-5060                   201 Varick Street, Room 1006          500 TECNOLGY DR STE 500
                                         New York, NY 10014-9449               WELDON SPRINGS, MO 63304-2225


Jeffrey L. Sapir-13                      Julius A. Rivera Jr.
As Chapter 13 and 12 Trustee             309 Mill Street                    Secundina P. Valerio
399 Knollwood Road                       Poughkeepsie, NY 12601-3115        2558 Morgan Ave
Suite 102                                                                   Bronx, NY 10469-5603
White Plains, NY 10603-1936


End of Label Matrix
Mailable recipients    8
Bypassed recipients    0
Total                  8
```