```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X    Case No. 18-10061-cgm
IN RE:                                                         Chapter 13

Secundina P. Valerio,

            Debtor.
----------------------------------------------------------X
```

## ORDER EXTENDING AUTOMATIC STAY

Upon the MOTION of the Debtor before the undersigned on February 1, 2018, and no one appearing in opposition to the relief requested by the Debtor and Counsel for the Debtor and the Debtor having appeared in support of the relief requested, it is

**ORDERED** that the Automatic Stay in this case as to all creditors is continued to and including March 9, 2018.



**Dated: February 6, 2018**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**