UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
IN RE:

Secundina P. Valerio,

Case No. 18-10061-cgm
Chapter 13

                        Debtor.
---------------------------------------------------------X

# ORDER SHORTENING REQUIRED NOTICE

Upon the Motion of the Debtor before the undersigned on February 1, 2018, and no one appearing in opposition to the relief requested by the Debtors and Counsel for the Debtor having appeared in support of the relief requested, it is

**ORDERED** that, sufficient cause existing, the notice required to be given to creditors and parties in interest of the Motion for an Order pursuant to 11 U.S.C. Sec.362 (c) (3) (A) (B) and (C), ECF docket # 7 is shortened from 14 days plus 3 for mailing to 13 days plus 3 for mailing, which has been given.



**Dated: February 6, 2018
Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge**