```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X     Case No. 18-10061-cgm
IN RE:                                                         Chapter 13

Secundia P. Valerio,

            Debtor.
---------------------------------------------------------X
```

## ORDER EXTENDING AUTOMATIC STAY

The court having previously extended the Automatic Stay to and including March 9, 2018, it is

**ORDERED** that the Automatic Stay in this case as to all creditors is continued to and including April 13, 2018.



**Dated: March 20, 2018**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**